UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SEGOVIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETERS,<br><br>　　　　　Defendant. | CASE NO. 1:17-cv-00053-MJS (PC)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO RESEND ECF NOS. 14, 15, AND 16 TO PLAINTIFF AT CALIFORNIA MEDICAL FACILITY**<br><br>**ORDER EXTENDING DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE (ECF NO. 16)**<br><br>**FOURTEEN (14) DAY DEADLINE** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff recently has failed to respond to several court orders and an order to show cause. Although Plaintiff's mail has not been returned to the Court, a review of the California Department of Corrections and Rehabilitation Inmate Locator reflects that Plaintiff presently is housed at California Medical Facility. However, his address of record with the Court remains at California State Prison, Sacramento. Plaintiff is reminded of his obligation to inform the Court of any changes to his address. Local Rule 183(b). Failure to submit a notice of change of address may result in dismissal of the action.

In light of the foregoing circumstances, it is HEREBY ORDERED that:

1. Plaintiff's deadline to respond to the order to show cause (ECF No.16) is extended. Plaintiff shall respond to the order to show cause within fourteen days of the date of this order.
2. The Clerk's Office is directed to re-send ECF Nos.14, 15, and 16 to Plaintiff at California Medical Facility.
3. If Plaintiff is no longer housed at California State Prison, Sacramento, he shall submit a notice of change of address as required by Local Rule 183(b).
4. Failure to comply with this order will result in dismissal of the action.

IT IS SO ORDERED.

Dated: __March 23, 2017__          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE